UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BRUCE FISCHER,

    Petitioner,

v.

JEFF LYNCH,

    Respondent.

Case No. 25-cv-02619-RMI

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 1

Petitioner, a state prisoner, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons that follow, the court orders respondent to show cause why the petition should not be granted.

**BACKGROUND**

According to the petition, on July 23, 2021, petitioner pled no contest to three counts of Lewd or Lascivious Act on a Child by Force, Violence, Duress, Menace and Fear, in violation of P.C. 288(b)(1). He was then sentenced to a term of twenty-four years in prison—eight years for each of the three counts to which he pled no contest. In 2023, the California Court of Appeal, Sixth Appellate District, denied petitioner's petition for writ of habeas corpus. In 2024, the California Supreme Court denied Petitioner's petition. Petitioner filed the instant federal petition on March 18, 2025.

**DISCUSSION**

A. Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in

1  violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); *Rose v.*
2  *Hodges*, 423 U.S. 19, 21 (1975).

3  A district court shall "award the writ or issue an order directing the respondent to show
4  cause why the writ should not be granted, unless it appears from the application that the applicant
5  or person detained is not entitled thereto." 28 U.S.C. § 2243. Summary dismissal is appropriate
6  only where the allegations in the petition are vague or conclusory, palpably incredible, or patently
7  frivolous or false. *See Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990) (quoting
8  *Blackledge v. Allison*, 431 U.S. 63, 75-76 (1977)).

9  B.  Petitioner's Claims

10  Petitioner claims that he was denied his federal constitutional right to due process under
11  the Sixth Amendment due to trial counsel's ineffective assistance of counsel where trial counsel
12  (1) advised petitioner to accept an inadvisable plea offer, (2) failed to investigate or inform
13  petitioner of the disadvantages of the plea agreement which trial counsel urged petitioner to
14  accept, and (3) incompetently negotiated a plea agreement which subjected the petitioner to cruel
15  and unusual punishment.

16  Petitioner has stated cognizable claims for relief. The court orders respondent to show
17  cause why the petition should not be granted as to these three claims.

18  **CONCLUSION**

19  The clerk shall serve by mail a copy of this order and the petition and all attachments
20  thereto (dkt. 1) upon the respondent and the respondent's attorney, the Attorney General of the
21  State of California. The clerk shall also serve a copy of this order on petitioner.

22  Respondent shall file with the court and serve on petitioner, within **sixty days** of the date
23  this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section
24  2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall
25  file with the answer and serve on petitioner a copy of all portions of the underlying state criminal
26  record that have been transcribed previously and that are relevant to a determination of the issues
27  presented by the petition. If petitioner wishes to respond to the answer, he shall do so by filing a
28  traverse with the court and serving it on respondent within **thirty days** of the date the answer is

filed.

Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases within **sixty days** of the date this order is filed. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **twenty-eight days** of the date the motion is filed, and respondent shall file with the court and serve on petitioner a reply within **fourteen days** of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated: August 20, 2025

ROBERT M. ILLMAN
United States Magistrate Judge

3