UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE FISCHER,

           Petitioner,

    v.

JEFF LYNCH,

           Respondent.

Case No.  25-cv-02619-RFL

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 13

On October 20, 2025, Aaron Spolin, who had appeared on behalf of Petitioner, filed a letter advising of his intent to withdraw from this case "[a]s of [his] disbarment on September 11, 2025."  (Dkt. No. 14.)  The letter has been construed as a notice of withdrawal, and Aaron Spolin is no longer appearing on behalf of Petitioner in this case.

The deadline for Petitioner's remaining counsel to file an opposition to the Motion to Dismiss Habeas Petition was October 31, 2025, but no opposition has been filed.  Petitioner is **ORDERED** to file either an opposition or a notice of non-opposition by **November 14, 2025**. Any reply shall be due by **November 21, 2025**.

      **IT IS SO ORDERED.**

Dated: November 3, 2025

_____

RITA F. LIN
United States District Judge

1